"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT RENE HURTADO,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-7058-AHM (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATED: December 16, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE