JS-6 / ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VINCENT RENE HURTADO,

    Petitioner,

vs.

JOHN MARSHALL, Warden,

    Respondent.

Case No. CV 08-7058-AHM (RNB)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: December 16, 2009

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE